

## NUMBER 13-18-00120-CV

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

## IN RE JOHN CHRISTNER TRUCKING, LLC
## AND STEPHEN SPRAGUE

## On Petition for Writ of Mandamus.

## ORDER

### Before Chief Justice Contreras and Justices Benavides and Hinojosa
### Order Per Curiam

Relators John Christner Trucking, LLC and Stephen Sprague filed a petition for writ of mandamus and motion for immediate temporary relief in the above cause on March 19, 2019.  Through this original proceeding, relators contend that the trial court abused its discretion by refusing to sever the claims of the plaintiffs and real parties in interest, Michael Ladd, Christopher Ladd, and Stephen Bryson, as next friend of his minor son, E.B., against their insurers, Philadelphia Indemnity Insurance Company and Trumbull Insurance Company, for underinsured motorist claims, from the negligence claims against

relators. Through their motion for immediate temporary relief, relators seek to stay the trial court proceedings pending resolution of this original proceeding.

The Court, having examined and fully considered the motion for immediate temporary relief, is of the opinion that the motion should be granted. The motion for immediate temporary relief is GRANTED and the trial court proceedings are ordered STAYED pending further order of this Court, or until the case is finally decided. *See* TEX. R. APP. P. 52.10(b) ("Unless vacated or modified, an order granting temporary relief is effective until the case is finally decided.").

The Court requests that the real parties in interest, Michael Ladd, Christopher Ladd, Stephen Bryson, as next friend of his minor son, E.B., Philadelphia Indemnity Insurance Company, and Trumbull Insurance Company, or any others whose interest would be directly affected by the relief sought, file a response to the petition for writ of mandamus on or before the expiration of ten days from the date of this order. *See id.* R. 52.2, 52.4, 52.8.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
21st day of March, 2019.

2